# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2153. DORIS GAY v. AHMAD ABDI.

In 2024, Doris Gay filed a premises liability action against Ahmad Abdi. On February 21, 2025, the trial court granted Abdi's motion to dismiss the action, finding that Gay had failed to timely file it as a renewal action. Gay filed a motion for reconsideration, which the trial court denied on May 5, 2025. She thereafter filed this appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). Of course, the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). A motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's May 5 order is not appealable in its own right. *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. Furthermore, because Gay's notice of appeal was filed on May 20, 2025, 88 days after entry of the February 21 order, it is untimely as to that

order. See OCGA § 5-6-38 (a). Accordingly, we are without jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/15/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*